Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

### for the

_____ District of _____

_____ Division

U.S DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

FILED    JUL 09 2026

CLM

CLERK

|  |  |
|---|---|
| Eileen Correa Cordero | ) Case No. _____ |
| *Plaintiff(s)* | ) *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |
| -v- | ) Jury Trial: *(check one)* ☐ Yes ☒ No |
| BMG Money | ) |
| *Defendant(s)* | ) |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Eileen Correa Cordero
Street Address          7200 Cypress Lakes Apt Blvd
City and County         Apt 814, Baton Rouge
State and Zip Code       Louisiana, 70809
Telephone Number        (407) 225-2352
E-mail Address          ecorrea300@gmail.com

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name | BMG Loans at work, LLC
Job or Title *(if known)* | aKa BMG Money
Street Address | 444 Brickell Ave, Ste 250
City and County | Miami, Miami - Dade County
State and Zip Code | Florida, 33131
Telephone Number | 1-800-316-8507
E-mail Address *(if known)* | Customer, service @ bmgmoney.com

Defendant No. 2

Name | BMG Money
Job or Title *(if known)* | (Secondary address)
Street Address | 333 S.E. 2nd Avenue, Suite 2900
City and County | Miami, Miami - Dade County
State and Zip Code | Florida, 33131
Telephone Number | 1.800.316.8507
E-mail Address *(if known)* | customer, service @ bmgmoney.com

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

See attachment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under

          the laws of the State of *(name)* _____, and has its

          principal place of business in the State of *(name)* _____ .

          Or is incorporated under the laws of *(foreign nation)* _____ ,

          and has its principal place of business in *(name)* _____ .

          *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

       The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See attachment*

_____

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*See attachment*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        07/09/2026

Signature of Plaintiff        _Eileen Correa_

Printed Name of Plaintiff        Eileen Correa

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

ATTACHEMENTS

II. Basis for Jurisdiction

   A. If the Basis for Jurisdiction Is a Federal Question

The specific statutes, civil liability and relevant constitutional scope at issue include the following:

   1. Primary Federal Statutes

   • **Truth in Lending Act (TILA), 15 U.S.C. §§ 1601-1667f:** The foundational statute for credit disclosure. It requires lenders to clearly and conspicuously disclose the Amount Financed, the Finance Charge, the Annual Percentage Rate (APR), and the payment schedule.

   • **TILA Implementing Regulations (Regulation Z, 12 C.F.R. Part 1026):** Violations of Regulation Z are treated as violations of TILA. Predatory lenders frequently violate these by failing to calculate or disclose the APR accurately, burying fees, or omitting required disclosures.

   • **Civil Liability Provisions, 15 U.S.C. § 1640:** This statute governs the civil penalties for TILA violations. For individual actions, the lender can be liable for actual damages plus twice the finance charge (subject to statutory floors and caps) as well as the consumer's attorney fees.

   • **Equal Credit Opportunity Act (ECOA), 15 U.S.C. §§ 1691-1691f:** Predatory lenders often engage in "reverse redlining" (targeting vulnerable or minority demographics with predatory, high-rate unsecured loans) which violates ECOA's prohibition against discrimination in any aspect of a credit transaction.

   • **Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §§ 1692-1692p:** Predatory loans often lead to abusive, deceptive, or unfair debt collection tactics, which trigger FDCPA liability if the lender acts as a "debt collector" collecting on the unsecured debt. If the original lender engages in collection

activities using their own name and engages in harassment or falsely represents the amount of the debt, they may be liable for FDCPA violations.

- **Consumer Financial Protection Act of 2010 (CFPA), 12 U.S.C. §§ 5531, 5536:** This legislation grants the CFPB the authority to investigate and penalize entities
  engaging in Unfair, Deceptive, or Abusive Acts or Practices (UDAAP).

- **Dodd-Frank Wall Street Reform and Consumer Protection Act, 12 U.S.C. §§ 5301 et seq.**
  Prohibits unfair, deceptive, or abusive acts or practices (UDAAPs) in consumer financial transactions. Over-inflating debt or misrepresenting repayment terms often violates the "deceptive" and "abusive" prohibitions.

## 2. United States Constitution

No specific Constitutional amendments are directly violated simply by issuing a high-cost or predatory unsecured loan. However, the constitutional issues potentially at play include:

- **The Commerce Clause (Article I, Section 8):** This clause grants Congress the power to regulate interstate commerce, which is the foundational constitutional authority that allows the federal government to enact national consumer protection laws (like TILA) that apply to local, state, and national lenders.

## III. Statement of Claim

I, Eileen Correa, am filing a federal lawsuit as Pro Se against BMG Money aka BMG LoansatWork, LLC because aside from being predatory lenders on subprime customers, they have violated the laws of their own contract. They also failed to disclose to customers like me, who happens to be Postal Employees, that USPS had let expired the contract with BMG Money at some point that the change is radical from friendly customer service to harassing debt collectors.

1) **FEDERAL TRUTH IN LENDING DISCLOSURE**

*FEDERAL TRUTH-IN-LENDING DISCLOSURES (page 2). The Federal Truth-in-Lending Disclosures set forth in this Note (the "Disclosures") (other than the Payment Schedule and Amount Financed shown in the Disclosures) are not meant to state my repayment terms, which are set forth in the Promise to Pay section on the face of this Note. The Finance Charge and Total of Payments shown in the Disclosures are based on the assumption that I will pay each scheduled payment in accordance with the Payment Schedule as set forth on the front of this Note. However, because interest on this Note is charged on a daily basis, the actual amounts I pay will depend upon my payment habits and may be greater or less than shown in the Disclosures.*

It is illegal if the lender violates the Truth in Lending Act (TILA) or Equal Credit Opportunity Act (ECOA) by failing to disclose interest rates, hidden fees, or mandatory 45-day advance notices for significant account changes. However, lenders generally have the legal right to decline requests to refinance or defer loans, as these are discretionary business decisions.

Below are the laws and conditions that govern these lending practices:

## 1. Mandatory Disclosure of Policy Changes

Under federal law, lenders are heavily restricted from making unannounced changes that suddenly inflate your debt:

- **Written Notice Requirements:** For open-end credit (such as credit cards), the Truth in Lending Act (TILA) requires lenders to provide written notice at least **45 days in advance** of any significant change in account terms, such as an increase in the Annual Percentage Rate (APR) or new penalty fees

  **Failure to Disclose (Open-End Credit):** For **revolving credit** (like personal lines of credit or credit cards), lenders *can* change policies (e.g., raise interest rates or

fees). However, federal laws like the **Truth in Lending Act (TILA)** require lenders to notify you in writing—typically **45 days in advance**—before significantly changing terms or increasing fees.

## 2) RESPONSIBILITY OF SIGNING NOTE

*RESPONSIBILITY OF PERSONS SIGNING NOTE (page 2) Other than any right, penalty, remedy, forum, or procedure provided for in any law applicable to this note, I waive any defenses against you otherwise available to me including presentment, demand, protest and notice. You may choose whether to enforce or keep any right of set-off, guarantee or other credit support, and this will not affect my obligations to you.*

Illegal and unenforceable. Federal and state consumer protection laws prohibit lenders from requiring you to unconditionally waive your legal rights or defenses in a credit agreement. Signing a "waiver of defenses" does not erase illegal lending practices.

- **Federal Law:** The Military Lending Act (MLA) strictly forbids lenders from requiring covered borrowers to establish a mandatory waiver of rights.

- **State Law:** Under most state usury and consumer fraud acts, predatory "waiver of defenses" clauses are void as against public policy.

- **Invalid Contract Terms:** A lender cannot use a contract to contract themselves out of the law; deceptive practices, equity stripping, or undisclosed fees remain actionable in court

While the lender can wait to take action, they cannot continually pile on unlimited late fees. Under state and federal law, they are highly restricted:

- **Late fees:** For consumer loans, delinquency charges are generally capped by the <u>Louisiana Consumer Credit Law</u>. For example, they are often restricted to $10 or 5% of the unpaid installment (whichever is greater) and can usually be collected only once per installment.

- **Default interest:** The Truth in Lending Act requires transparent disclosure of these fees. In Louisiana, a contractually reserved "default interest rate" cannot exceed the original interest rate agreed upon

When a predatory lender artificially delays, conceals, or misrepresents your ability to enforce your rights (such as loan cancellation or refinancing), they are primarily violating consumer fraud laws. In Louisiana, this specific conduct breaches multiple overlapping state and federal statutes.

- **Louisiana Unfair Trade Practices and Consumer Protection Law (LUTPA):** Prohibits "unfair or deceptive acts or practices". If a lender uses unethical, oppressive, or deceptive tactics to block you from challenging a loan or exercising rescission rights, they can be sued for **treble damages** (three times the actual damages) and **attorney's fees**.

- **Louisiana Consumer Credit Law (LCCL):** Protects borrowers in consumer transactions by regulating maximum loan finance charges and prohibited practices. If a lender attempts to collect or enforce an agreement that violates the law, their contracts can be **nullified** and they may be forced to forfeit all loan proceeds and fees.

- **Federal Debt Collection Rules:** Under regulations from the Consumer Financial Protection Bureau (CFPB), there are strict rules against deceptive practices.

3) WAIVER:

*WAIVER (page 3): You may accept late or partial payments or otherwise delay enforcing your rights without losing them.*

If a lender is engaging in predatory tactics, the delay may just be one piece of the problem. Many abusive practices, such as increasing interest rates purely upon default, are outright prohibited. If a lender intentionally and unreasonably delays enforcing their rights to your severe detriment (e.g., vital evidence is lost or

witnesses disappear), a plaintiff may be able to argue "laches" or estoppel to bar them from collecting.

## IV. Relief

~~The reme~~ The remedy is to have the loan cancelled completely and eliminate the information from credit bureaus (Transunion, Equifax and Expirian), IF BMG Money failed to notify me in advance about the changes with USPS, then I shouldn't be held liable for the amount of interest being daily overcharged and be stuck with this debt. I would've done something differently instead of getting services from J.G. Wenthworth to try and settle the debt in order for me to avoid filing Chapter 7 Bankruptcy. It will be to the Assigned Judge Decision to impose punishments and fines, to BMG money.